# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-02301-VAP (KKx)**                                      Date: **July 6, 2015**

Title:  **James F. Parker, Jr. v. Mantech International Corp.**

**DOCKET ENTRY**

PRESENT:

####        HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE

<u>       D. Taylor       </u>                                         <u>       n/a       </u>
        Deputy Clerk                                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
        None present                                                  None present

**PROCEEDINGS:  (IN CHAMBERS)**

        The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

1.  While the Court is willing to enter a protective order in accordance with the parties' stipulation in order to facilitate the conduct of discovery, the Court is unwilling to include in the protective order any provisions relating to evidence presented at trial or other court hearings or proceedings.  That is a matter the parties will need to take up with the judicial officer conducting the proceeding at the appropriate time.  The stipulation should, thus, include language to make this explicit.

2.  The protective order needs to be revised to make clear that the terms of the Protective Order do not apply to the Court and court personnel, who are subject only to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal.

3.  Proposed ¶¶ 6 and 12 need to be revised to make clear that any motion challenging a designation of material as Confidential or requesting a modification of the Protective Order will need to be

MINUTES FORM 11                                         Initials of Deputy Clerk <u>DTS</u>
CIVIL-GEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.: EDCV 14-02301-VAP (KKx)                                    **July 6, 2015**
   **James F. Parker v. Mantech International Corp.**                       **Page 2**

-----------------------------------------------------------------------------------------------------------------

made in strict compliance with Local Rules 37-1 and 37-2
(including the Joint Stipulation requirement).

The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order.

MINUTES FORM 11                                                    Initials of Deputy Clerk <u>DTS</u>
CIVIL-GEN