# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-02301-VAP (KKx)**                  Date: **July 16, 2015**

Title: **James F. Parker, Jr. v. Mantech International Corp.**

## DOCKET ENTRY

PRESENT:

### HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE

|  <u>D. Taylor</u>  |  <u>n/a</u>  |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                      None present

**PROCEEDINGS:  (IN CHAMBERS)**

The parties' proposed Stipulated Protective Order (ECF Docket No. 35) and Proposed Clawback Stipulation and Order (ECF Docket No. 35-1) have been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised the Court declines to issue the proposed orders to which they have stipulated for the following reasons:

1.    Proposed ¶¶ 6.3 and 12.1 of the Proposed Stipulated Protective Order need to be revised to make clear that any motion challenging a designation of material as Confidential or requesting a modification of the Protective Order will need to be made in strict compliance with Local Rules 37-1 and 37-2 (*including the Joint Stipulation requirement*).

2.    Proposed ¶ 7 of the Proposed Clawback Stipulation and Order needs to be revised to make clear that a Party seeking to file under seal any Protected Material must comply with Civil Local Rule 79-5.  Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue.  If a  Party's request to file Protected Material under seal  is denied by the court, then the Receiving Party may file the information in the public record unless otherwise instructed by the court

MINUTES FORM 11                                      Initials of Deputy Clerk <u>dts</u>
CIVIL-GEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.: EDCV 14-02301-VAP (KKx)                                **July 16, 2015**
    **James F. Parker v. Mantech International Corp.**                          **Page 2**

--------------------------------------------------------------------------------------------------------------------

       The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order.

MINUTES FORM 11                                                Initials of Deputy Clerk <u>dts</u>
CIVIL-GEN