UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-02301-VAP (KKx)**                                    Date: **July 27, 2015**

Title:  **James F. Parker, Jr. v. Mantech International Corp.**
**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>D. Taylor</u>                                         <u>    n/a    </u>
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                  None present

**PROCEEDINGS:  (IN CHAMBERS)**

The parties' proposed Stipulated Protective Order (ECF Docket No. 45-1 has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised the Court declines to issue the proposed order to which they have stipulated for a third time for the following reasons:

1. Proposed ¶¶ 6.3 and 12.1 of the Proposed Stipulated Protective Order need to be revised to make clear that any motion challenging a designation of material as Confidential or requesting a modification of the Protective Order will need to be made in strict compliance with Local Rules 37-1 and 37-2 *(including the Joint Stipulation requirement)*.

The parties are once again directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order.

MINUTES FORM 11                                                                Initials of Deputy Clerk <u>dts</u>
CIVIL-GEN