SHLANSKY LAW GROUP, LLP
TRAVIS TATKO (CA BAR #289203)
TRAVIS.TATKO@SLGLAWFIRM.COM
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Phone: (650) 238-5433
Fax:     (866) 257-9530

COLIN R HAGAN (CA BAR # 298591)
COLIN.HAGAN@SLGLAWFIRM.COM
228 Hamilton Avenue 3rd Floor
Palo Alto, CA 94301
Phone: (650) 238-5433
Fax: (866) 257-9530

JAMES MCEVILLY, III (*pro hac vice*)
JAMES.MCEVILLY@SLGLAWFIRM.COM
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 256-5011
Fax:     (866) 257-9530

RAINES FELDMAN LLP
MARC E BERKEMEIER
 MBERKEMEIER@RAINESLAW.COM
9720 Wilshire Boulevard 5th Floor
Beverly Hills, CA 90212
Phone: (310) 440-4100
Fax: (310) 691-1367

Attorneys for Plaintiff
JAMES F. PARKER, JR.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES F. PARKER, JR., | ) **CASE No. 5:14-cv-02301-VAP-KK** |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| v. | ) |
| MANTECH INTERNATIONAL CORPORATION, a Virginia corporation, | ) |
| Defendant. | ) |

1
2          This Court is in receipt of the parties' Stipulated Protective Order.
3          For good cause shown, IT IS HEREBY ORDERED that the Stipulated
4  Protective Order is GRANTED.
5
6  SO ORDERED.
7
8  DATED: August 6, 2015                    _____
9                                            Hon. Kenly Kiya Kato
                                             United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2